NUMBER
13-06-145-CV

 

COURT
OF APPEALS

 

THIRTEENTH
DISTRICT OF TEXAS

 

CORPUS
CHRISTI - EDINBURG

 



 

IN RE:  SCOTT STANLEY   

 



 

On
Petition for Writ of Mandamus

 



 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Rodriguez and Castillo

Per
Curiam Memorandum Opinion

 








Relator, Scott Stanley, filed a petition for writ of
mandamus in the above cause on March 28, 2006 and a motion for emergency relief
on April 4, 2006.  Having examined and
fully considered the petition for writ of mandamus and motion for emergency
relief, the Court is of the opinion that (1) Relator has not shown himself
entitled to the relief sought and, thus, (2) the petition and motion must be
denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the petition for writ of
mandamus is DENIED and the motion for emergency relief is DENIED AS MOOT.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this
5th day of April 2006.